

FILED & JUDGMENT ENTERED
David E. Weich

Jun 26 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 07-32532 |
| RIVER ROCK COTTAGES, LLC. | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard before the undersigned Judge of the Bankruptcy Court for the Western District of North Carolina on June 24, 2008, upon the Debtor's MOTION TO DISMISS CASE with counsel for the Debtor and the Bankruptcy Administrator present. After review of the pleadings and the statements of counsel at the hearing of this matter and considering the statements of counsel, and it appearing the due and proper notice of this matter has been given to all creditors and parties in interest and that there were no parties present in opposition to the Debtor's motion, the court finds that the Debtor's motion should be allowed. Now therefore, it is

ORDERED:

That this case be and hereby is Dismissed; and,

IT IS FURTHER ORDERED

That as there is no money available in the estate to pay the outstanding quarterly fees, therefore, the quarterly fees are hereby waived.
.

This Order has been signed electronically.	United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.